# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. **Robert Peter Fashbaugh** DOB: 1977; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 20-07145MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about February 6, 2020, in the District of Arizona, **Robert Peter Fashbaugh**, knowing or in reckless disregard that certain alien, namely Francisco Hernandez-Hernandez, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about February 6, 2020, in the District of Arizona (Elfrida), United States Border Patrol Agents (BPA) encountered a red 2019 Nissan Frontier at the HWY-191 checkpoint with two visible occupants. There was a LYFT sticker on the windshield. The driver **Robert Peter Fashbaugh** was identified as a U.S. citizen. The passenger Francisco Hernandez-Hernandez was sitting in the back seat and no one in the front passenger seat. **Fashbaugh** said that Hernandez was his friend and that they were just out for a drive. Later, he said that he was giving his friend a ride to Phoenix. Hernandez presented an AZ driver's license but the agent determined that he was in the U.S. illegally. **Fashbaugh** had a 9mm pistol on his right hip.

Material witness Hernandez said that his friend was going to pay money for his smuggling arrangements into the United States. Hernandez said that before he crossed the border illegally, someone provided him an AZ driver's license. When he crossed the border, he was picked up, and then taken to a stash house. He was picked up from the stash house and taken to another location where he met the driver of a red vehicle. He was instructed to get in the back of the vehicle and put on his seatbelt on. He was also instructed to present the AZ driver's license to anyone that requested it. He traveled in the back of the red vehicle until he was arrested at the checkpoint.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Francisco Hernandez-Hernandez

| Detention Requested Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE Jacqueline M. Rateau | DATE February 7, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54